389 A.2d 160

Commonwealth v. Baughman, Appellant.

Argued March 15, 1977. James M. Schall, Public Defender,

for appellant; Merrill W. Kerlin, and Gary D. Wilt, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.